THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LORENZO COLLIER, a/k/a JAMES HARRIS, Defendant-Appellant.

(No. 58569;

First District (5th Division)—January 4, 1974.

PER CURIAM.
ENGLISH, J., took no part.

Paul Bradley, Deputy Defender, of Chicago (James R. Streicker, Assistant Appellant Defender, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Kenneth L. Gillis, Jerald Kessler, and Patricia Unsinn, Assistant State's Attorneys, of counsel), for the People.